**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RENEE KILLEBREW, | |
|    Plaintiff, | CIVIL ACTION NO. 3:15-cv-01415 |
| v. | (JUDGE CAPUTO) |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | |
|    Defendant. | |

## ORDER

**NOW**, this 27th day of April, 2017, **IT IS HEREBY ORDERED** that:

(1) The Motion for Summary Judgment filed by Defendant The Prudential Insurance Company of America (Doc. 23) is **GRANTED**.

(2) The Motion for Summary Judgment filed by Plaintiff Renee Killebrew (Doc. 26) is **DENIED**.

(3) Judgment is **ENTERED** in favor of Defendant and **AGAINST** Plaintiff.

(4) The Clerk of Court is directed to mark this case as **CLOSED**.

                                                        /s/ A. Richard Caputo
                                                        A. Richard Caputo
                                                        United States District Judge